OPINION — AG — QUESTION: "DOES THE THIRD SENTENCE OF 63 O.S. 1961 406 [63-406](1) CONCERNING THE DATING AND SIGNING OF A PRESCRIPTION BY THE PERSON FILLING THE PRESCRIPTION REFER TO THE PRESCRIPTION OF A PHYSICIAN, DENTIST, OR VETERINARIAN, OR DOES IT REFER ONLY TO THE PRESCRIPTION OR A VETERINARIAN?" — IT REFERS TO THE PRESCRIPTION OF A PHYSICIAN, DENTIST, OR VETERINARIAN, AND NOT TO THE PRESCRIPTION OF A VETERINARIAN ONLY. (HUGH COLLUM)